## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

**PATRICK MOODY**
    Petitioner

**v.**                                                                                              **No. 5:06CV-00112-R**

**JOHN MOTLEY, Warden**
    Respondent

### ORDER

The petitioner has filed a pro-se petition and amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket Entry Nos. 1 and 7). The court has conducted a de novo review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby ADOPTED in full. It is therefore ORDERED as follows:

    1. The petitioner's second claim is voluntarily DISMISSED.

    2. The respondent's motion to dismiss, or alternatively, for extension of forty-five (45) days in which to respond to the merits of the petitioner's claims (Docket Entry No. 19) is GRANTED in part and DENIED in part.

    3. Within forty-five (45) days of entry of this Order, the respondent shall RESPOND to the merits of the petitioner's remaining exhausted claims as supplemented by the petitioner at Docket Entry No. 27.